# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-5199

—————————————————

JAMES FRAZIER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

June 18, 2019

PER CURIAM.

   This is an appeal from the summary denial of Appellant's successive motion for postconviction relief. We affirm the summary denial of Appellant's inconsistent verdict claim. However, we reverse and remand for an evidentiary hearing on Appellant's newly discovered evidence claim. *See Utile v. State*, 235 So. 3d 1045, 1048 (Fla. 5th DCA 2018); *Simpson v. State*, 100 So. 3d 1258, 1260 (Fla. 4th DCA 2012); *Coley v. State*, 74 So. 3d 184, 185 (Fla. 2d DCA 2011).

   AFFIRMED in part; REVERSED in part; and REMANDED for further proceedings.

RAY, BILBREY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James Frazier, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.